**REGER | RIZZO | DARNALL** LLP
*Attorneys at Law*

ERNEST H. EHLING, JR., ESQ.
eehling@regerlaw.com

700 East Gate Drive
Suite 101
Mt. Laurel, NJ 08054

Main:  856.778.8950
Fax:    856.778.8940
Direct: 856.900.6822

April 19, 2022

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  04/20/22

The Clerk of Court is respectfully directed to strike the letter accidentally uploaded by Defendant, (Doc. 6), from the docket.

Re:   **SHARON JOYNER vs. APPAMAN INC.**
      **U.S. District Court, SDNY**
      **Civil Action No. 22cv2226**
      **Case 1:22-cv-02226-VSB**

Dear Judge Broderick:

This firm is counsel for defendant Appaman Inc. in the above referenced matter. Counsel for the plaintiff William S. Downes, Esq. has consented to a thirty (30) day extension (from the April 20, 2022 due date) for Defendant to Answer or otherwise move as to the Complaint. Therefore, with Your Honor's approval, defendant's response would be due by May 20, 2022. Accordingly, defendant Appaman Inc. respectfully requests Your Honor's approval for this extension. Please note that a letter directed to another court accidently uploaded (document # 6), please disregard.

Respectfully submitted,

**REGER RIZZO & DARNALL LLP**

By: *Ernest H. Ehling, Jr.*
**ERNEST H. EHLING, JR., ESQ.**

cc:    William S. Downs, Esq. (By ECF)