UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

SHARON JOYNER, Individually and
on behalf of all others similarly situated        Index No. 1:22-cv-2226-VSB

                Plaintiff,        **ORDER GRANTING**
                                             **MOTION TO DISMISS**

   -against-

APPAMAN INC.,

                Defendant.
-------------------------------------------------------------------------X

## <u>ORDER</u>

Upon consideration of Defendant APPAMAN INC'S Motion to Dismiss, any opposition

and reply, and the entire record herein, it is this ___day of _____, 2022, hereby

     **ORDERED** that Defendant's Motion is **GRANTED**; it is further

     **ORDERED** that the Complaint is dismissed with prejudice

                         _____
                              United States Judge

272218722v.1