UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
SHARON JOYNER,                                           :
:
                       Plaintiff,             :
:      22-CV-2226 (VSB)
      -against-                                 :
:      **ORDER**
APPAMAN INC.,                                            :
:
                       Defendant.             :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On July 12, 2022, I issued an order for Defendant to file a letter within seven (7) days indicating whether its motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint. To date, Defendant has not filed the ordered letter. Accordingly, it is hereby:

       ORDERED that Defendant file its letter on or before July 29, 2022. If Defendant fails to file the letter by that deadline, I will evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint. If Defendant does not refile a new motion, it is ordered that Plaintiff's opposition to Defendant's motion to dismiss, (Doc. 12), will be due by August 12, 2022, and any reply by Defendant will be due by August 19, 2022.

SO ORDERED.

Dated: July 25, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge