

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 07/26/22
>
> The parties are ordered to comply with the briefing schedule in my Order dated July 25, 2022.  (Doc. 18.)

July 25, 2022

**Gregg A. Tatarka**
914.872.7294 (direct)
Gregg.Tatarka@wilsonelser.com

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:    **JOYNER vs. APPAMAN INC.**
       **U.S. District Court, SDNY**
       **Civil Action No. 1:22-cv-2226-VSB**

Dear Judge Broderick:

    Per your Orders dated July 12, 2022 (ECF No. 17) and July 25, 2022 (ECF No. 18), Defendant Appaman, Inc. requests that Your Honor evaluate its pending motion to dismiss in light of the facts alleged Plaintiff's amended complaint (ECF No. 11).  Thank you for your consideration in this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Gregg Tatarka*
Gregg A. Tatarka

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

273535856v.1